

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Richard Lee Percivill, Jr., Appellant

No. 06-19-00186-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 48,443-B). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, for the reasons stated in our opinion of this date in cause number 06-19-00185-CR, we find that ninety percent of the time payment fee is unconstitutional and modify the time payment fee to assess only $2.50. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Richard Lee Percivill, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 9, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk